ACCEPTED
04-14-00650-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/12/2015 3:28:10 PM
KEITH HOTTLE
CLERK

# CAUSE NO. 04-14-00650-CV

IN THE COURT OF APPEALS FOR THE
FOURTH DISTRICT OF TEXAS, SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/12/2015 3:28:10 PM
KEITH E. HOTTLE
Clerk

**MICHAEL A. CERNY AND MYRA L. CERNY, INDIVIDUALLY
AND AS NEXT FRIEND OF CAMERON A. CERNY, A MINOR,
APPELLANTS**

**V.**

**MARATHON OIL CORPORATION, MARATHON OIL EL, LLC AND
PLAINS EXPLORATION & PRODUCTION COMPANY,
APPELLEES**

**APPEAL**
from the 218th Judicial District Court of
Karnes County, Texas
Trial Court No. 13-05-00118-CVK
Honorable Stella Saxon, Judge Presiding

## APPELLANTS' FIRST UNOPPOSED
## MOTION TO EXTEND TIME TO FILE APPELLANTS' REPLY BRIEF

TO THE HONORABLE COURT OF APPEALS:

Now come Appellants, MICHAEL A. CERNY AND MYRA L. CERNY,

INDIVIDUALLY AND AS NEXT FRIEND OF CAMERON A. CERNY, A

MINOR, and make this First Unopposed Motion to Extend Time to File

Appellants' Reply Brief pursuant to Texas Rule of Appellate Procedure 10.5(b)

and respectfully request a 21-day extension of time to file their Appellants' Reply

Brief, and show the following:

1.       This appeal is from four separate orders signed August 14, 2014 by

the 218th Judicial District Court, Karnes County, Texas. Appellants' Reply Brief is

currently due March 16, 2015.

2.     The extension requested is required because Appellants' undersigned attorney, in addition to his regular practice, has been required to spend significant time on the following matters, which has prevented him from being able to file the Appellants' Reply Brief by the existing deadline of March 16, 2015:

A.     The death of an aunt, the funeral for whom was Friday, February 20, 2015, in Jacksonville, Texas. This required Appellants' counsel to drive approximately 7½ hours each way, and prevented Appellants' counsel from working on Thursday, February 19, Friday, February 20 and Saturday, February 21.

B.     The quarterly board meeting of the Texas ABOTA and CLE course in New Orleans from February 26-28, 2015. Appellants' attorney is National Board Representative and Executive Committee Member of Laredo ABOTA Chapter. This prevented Appellants' counsel from working from Wednesday, February 25 through Saturday, February 28.

C.     Appellants' attorney's primary practice is in Duval County, Texas, which is part of the 229th Judicial District, which includes Starr, Jim Hogg and Duval Counties. All Duval County District Court hearings are held during one docket week, which was the week of February 23, 2015. This prevented Appellants' attorney from working on this case Monday and Tuesday, February 23-24, 2015.

D.     Appellants' attorney filed a Reply to Response to Petition for Review in Cause No. 14-0892, Texas Supreme Court, on March 2, 2015.

E.     Appellants' attorney was required to take Thursday, March 5, 2015, off of work to travel to San Antonio to assist his mother with medical issues.

F.     Appellants' undesigned attorney is set for jury trial in the 229th District Court, Duval County, Texas, in Cause No. 14-CRD-07, State

of Texas v. Joe William Meuret, Jr. The defendant is charged with a Second Degree Felony, the case is first on the docket and will go to trial.

G.    In addition to the above, there has been the regular office practice of Appellants' attorney.

3.    Appellants' undersigned attorney has conferred with opposing counsel, who indicated that there was no opposition to this request.

4.    Appellants request a 21-day extension of time to file their Appellants' Reply Brief, from the current due date of March 16, 2015 to an extended due date of April 6, 2015. A 30-day extension was granted to file Appellants' Brief. No prior extensions have been requested to file Appellants' Reply Brief.

Wherefore, Appellants request an extension of 21 days to file their Appellants' Reply Brief.

Respectfully Submitted,

David D. Towler, Attorney at Law
P.O. Box 569
410 E. Collins
San Diego, TX 78384
(361) 279-3368 - telephone
(361) 279-2543 - telecopier
Email: dtowler@dtowler.com


By:    /s/ David D. Towler
        David D. Towler
        State Bar No. 20155300
Attorney for Appellants

## Certificate of Conference

In accordance with Rule 10.1(a)(5), Texas Rules of Appellate Procedure, I certify that I have conferred with James J. Ormiston, attorney for Plains Exploration, Appellee, and Macey Stokes, attorney for Marathon Appellees, and they are not opposed to this Motion.


/s/ David D. Towler
David D. Towler

## Certificate of Service

I certify that I have served a true and correct copy of the foregoing by the following methods:

William K. Kroger,                                    via eservice and email
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Macey R. Stokes                                      via eservice and email
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

James J. Ormiston,                                   via eservice and email
Gray Reed & McGraw, P.C.
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056

on this 12th day of March, 2015.


/s/ David D. Towler
David D. Towler